IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED-5
17 DEC 29 AM 11: 23
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

| | |
|---|---|
| Janelle KULPAKA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| TARGET STORES | ) |
| A corporation doing business in Illinois | ) |
| Defendant, | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, Janelle Kulpaka, (Herein after referred to a "Plaintiff") by and through her attorney, MICHAEL D. JOHNSON, complaining of Defendant, **Target Stores** 1235 East Higgins Road Schaumburg, IL (Herein after referred to as "**Defendant**") pleading hypothetically and in the alternative, states as follows:

1. On August 14th, 2016, and at all relevant times herein, Plaintiff, was a resident of the State of Illinois.

2. On August 14th, 2016, and at all relevant times herein, Defendant, was a retail store doing business at 1235 East Higgins Road, Schaumburg Illinois.

3. On August 14th, 2016, and at all relevant times herein, Defendant, owned, operated, managed, maintained, and/or controlled the retail store located at 1235 East Higgins Road, Schaumburg Illinois

4. On August 14th, 2016, Plaintiff, was lawfully on the premises for its intended purpose as she was shopping for retail items.

1


EXHIBIT A

5. On August 14th, 2016, and at all times relevant hereto, Defendant, knew or should have known that customers would be distracted by other customers, activities, shopping carts, traffic and displays as they navigated the concrete areas adjacent to the front entrance/ exit.

6. On August 14th, 2016, and at all times relevant hereto, Plaintiff, relied on Defendant, to remedy any unsafe conditions on site.

7. On August 14th, 2016, and at all times relevant hereto, Plaintiff, was walking in the area described above when she tripped over broken, uneven portions of the concrete area.

8. On August 14th, 2016, Defendant, had a duty to exercise ordinary care in its operation, management, maintenance, and/or control the property located at 1235 East Higgins Road, Schaumburg Illinois

9. On August 14th, 2016, Defendant, had a duty to exercise its right of control with ordinary care so as to ensure the safety of persons lawfully shopping at their store.

10. On August 14st, 2013, and at all times relevant hereto, Defendant, committed one or more of the following negligent acts and/or omissions:

    a. Failed to provide Plaintiff, with a safe place to shop;

    b. Failed to properly inspect the area to ensure that the area was safe for those it knew or should have known would be shopping and distracted;

    c. Failed to warn Plaintiff, of potentially hazardous conditions on the site"

    d. Failed to maintain an entrance/exit concrete area without dangerous cracks and uneven areas;

11. On August 14th, 2016, and at all times relevant herein, Plaintiff, was in the exercise of ordinary care for her own safety, when she tripped over the broken and uneven concrete and seriously injured herself.

12. Said fall was a direct and proximate result of one or more of the foregoing acts and/or omissions of Defendant.

13. As a result of said fall, Plaintiff, sustained injuries of a personal and pecuniary nature.

14. That as a further and direct proximate result of the aforesaid injuries, Plaintiff, has suffered permanent injuries, both internally and externally; that as a consequence thereof, Plaintiff, has suffered and will in the future suffer great pain and mental anguish and loss of a normal life; that in addition thereto, Plaintiff, has incurred and will in the future incur reasonable and necessary medical expenses to treat said injuries; and has been and will in the future be unable to follow her usual occupation, thereby losing great gains she would otherwise have earned or acquired; that Plaintiff, has and will suffer from disability and disfigurement and has and will in the future have loss of earnings capacity, and has otherwise been damaged in a pecuniary way.

WHEREFORE, Plaintiff, Janelle Kulpaka, prays for a judgment against Defendant, for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs, with interest, of bringing this action, and for such other further relief this court deems fair and just.

Respectfully submitted,

By: _____
M.D. Johnson

Michael D. Johnson
Attorney for Plaintiff
203 N. LaSalle St.; Ste. 2100
Chicago, IL 60601
mdj@mdj4law.com
# 11580